UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                 CR. NO. 17-30049
                                   HONORABLE MATTHEW LEITMAN

v.

GLORIA GOMEZ,

      Defendant.
_____/

## ORDER FOR TRAVEL EXPENSES

Upon the application of Defendant, **GLORIA GOMEZ,** for travel expenses, pursuant to 18 U.S.C. §4285, and the Court being appraised of Defendant's indigence;

**IT IS HEREBY ORDERED** that the U.S. Marshal furnish Defendant Gloria Gomez with non-custodial round trip transportation and subsistence expenses for one day for purposes of travel from Detroit, Michigan to San Diego, California regarding a supervised release violation hearing in the U.S. District Court on February 27, 2017.

*SO ORDERED.*

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: February 22, 2017

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 22, 2017, by electronic and/or postal mail.

/s/ Amanda Chubb for Holly Monda
Case Manager